UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 22-cv-02485-AMO   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 140 |

In ECF No. 140, Plaintiff asks the Court to conduct in camera review of 27 documents that Meta has produced with redactions. The Court finds that in camera review is warranted. Accordingly, the Court **ORDERS** Meta to provide these 27 documents in unredacted form for in camera review. In the unredacted copies, Meta must highlight the portions it redacted so that it is clear in each document what the redactions are. Meta shall provide these documents to the Court in hard copy.

In the meantime, it appears that the privilege log excerpt that was included with the joint discovery letter brief (ECF No. 139-3) is not exactly correct. It seems to be missing entry 4962-64 and erroneously includes entry 4741-4763. The Court **ORDERS** the parties to file a corrected privilege log excerpt.

**IT IS SO ORDERED.**

Dated: February 5, 2025

THOMAS S. HIXSON
United States Magistrate Judge