UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br>   Plaintiff,<br>  v.<br>META PLATFORMS, INC.,<br>   Defendant. | Case No. 22-cv-02485-AMO (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br>Re: Dkt. Nos. 123, 131 |

Plaintiff filed a motion to consider whether another party's material should be sealed. ECF No. 123. Meta responded. ECF No. 131. Meta agrees Exhibit 1 should not be sealed because it already has the necessary redactions. Accordingly, the Court **ORDERS** Plaintiff to file Exhibit 1 in the public record.

The Court agrees that Exhibit 2 should be filed under seal and **SO ORDERS**.

Meta argues that Exhibits 3 and 4 should be filed under seal in their entirety, but the Court thinks that is excessive. Meta's request to seal those documents is **DENIED** without prejudice. Within seven days Meta may file narrowly tailored proposed redactions to Exhibits 3 and 4.

**IT IS SO ORDERED.**

Dated: February 5, 2025

THOMAS S. HIXSON
United States Magistrate Judge