UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK, | Case No. 22-cv-02485-AMO (TSH) |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| META PLATFORMS, INC., | Re: Dkt. No. 140 |
| Defendant. | |

In ECF No. 140, the parties briefed a dispute concerning Meta's claims of attorney-client privilege over portions of 27 documents. In ECF No. 147, the Court ordered Meta to submit the documents for in camera review. The Court has reviewed them and now rules as follows.

Privilege Log No. 1. Meta's redaction on page 4706 is **OVERRULED** because the communication is for both legal and business purposes and is therefore not predominantly legal in nature.

Privilege Log No. 2. Meta's redactions are **OVERRULED**. The allegedly privileged material is mostly just process flows or descriptions of events. None of it is legal advice or a request for legal advice. Just because a process flow refers to legal doesn't mean that the process flow itself is privileged.

Privilege Log No. 3. Meta's redactions are **OVERRULED** for the reasons explained above.

Privilege Log No. 5. Meta's redactions are **SUSTAINED**.

Privilege Log No. 6. Meta's redactions on pages 6356, 6425 and 6431 are **OVERRULED**. Meta's other redactions are **SUSTAINED**.

Privilege Log No. 7. Page 4673: The redactions to "content level" are **SUSTAINED**.

The others are **OVERRULED**.

Privilege Log No. 8.  The redacted content is too small to read.  The Court **ORDERS** Meta to submit an enlarged version for in camera review within five days.

Privilege Log No. 9.  The redactions on pages 6517, 6527, 6577, 6583, 6584, 6602 and 6616 are **OVERRULED**.  The other redactions are **SUSTAINED**.

Privilege Log No. 11.  The redaction is **OVERRULED**.

Privilege Log No. 12.  The redactions are **OVERRULED**.

Privilege Log No. 13.  The redactions on page 4891 are **OVERRULED**, as is the first redaction on page 4892.  The second redaction on page 4892 is **SUSTAINED**.  The first two redactions on page 4893 are **OVERRULED** and the third is **SUSTAINED**.  The redactions on pages 4894 and 4895 are **OVERRULED**.

Privilege Log No. 14.  The first redaction on page 4831 is **OVERRULED**, and the second is **SUSTAINED**.  The first redaction on page 4832 is **SUSTAINED**, and the second is **OVERRULED**.  The remaining redactions are **OVERRULED**.

Privilege Log No. 15.  The redactions are **OVERRULED**.

Privilege Log No. 16.  The redactions are **OVERRULED**.

Privilege Log No. 17.  The redactions are **OVERRULED**.

Privilege Log No. 18.  The redactions on page 4849 are **SUSTAINED**.  The other redactions are **OVERRULED**.

Privilege Log No. 19.  The redactions are **OVERRULED**.

Privilege Log No. 20.  The redaction on page 4857 is **SUSTAINED**, but the rest are **OVERRULED**.

Privilege Log No. 21.  The redactions are **OVERRULED**.

Privilege Log No. 22.  The redactions are **OVERRULED**.

Privilege Log No. 23.  The redaction is **OVERRULED**.

Privilege Log No. 24.  The redactions on pages 34489 and 34490 are **SUSTAINED**, but the rest are **OVERRULED**.

Privilege Log No. 25.  The redaction on page 4909 and the first redaction on page 4910 are

1    **SUSTAINED**, but the rest are **OVERRULED**.

2         Privilege Log No. 26.  The redactions are **OVERRULED**.

3         Privilege Log No. 28.  The redactions are **OVERRULED**.

4         Privilege Log No. 29.  The redaction is **OVERRULED**.

5         Privilege Log No. 31.  The redaction on page 4974 is **SUSTAINED**, but the others are

6    **OVERRULED**.

7         **IT IS SO ORDERED.**

8

9    Dated: March 20, 2025

10

11                                    THOMAS S. HIXSON
                                      United States Magistrate Judge