UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br><br>  Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>  Defendant. | Case No. 22-cv-02485-AMO (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 162 |

In ECF No. 162, the parties have a dispute concerning search terms 1, 5, 6 and 7. The parties have resolved search term 2. The Court **ORDERS** that Meta's counterproposal on term 1, Plaintiff's new proposed search on term 5, and Meta's counterproposal on term 6 shall be used. The revisions to term 5 obviate the need for term 7.

**IT IS SO ORDERED.**

Dated: March 20, 2025

THOMAS S. HIXSON
United States Magistrate Judge