UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br>          Plaintiff,<br>   v.<br>META PLATFORMS, INC.,<br>          Defendant. | Case No. 22-cv-02485-AMO   (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br>Re: Dkt. No. 171 |

Plaintiff filed a motion to consider whether another party's materials should be sealed. ECF No. 171. Meta's proposed redactions (ECF No. 177) are satisfactory. As Meta has already filed the redacted version in the public record, no further action is necessary. This order terminates ECF No. 171.

**IT IS SO ORDERED.**

Dated: April 3, 2025

THOMAS S. HIXSON
United States Magistrate Judge