UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-02485-AMO (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. Nos. 179, 184 |

In ECF No. 179, Plaintiff filed a motion to consider whether another party's material should be sealed. The motion referenced Plaintiff's discovery letter brief and seven exhibits, stating that Meta had designated the information as confidential. Meta responded in ECF No. 184, seeking to seal portions of Plaintiff's letter brief and portions of Exhibits 2, 3 and 6. The Court finds that Meta's proposed redactions are acceptable. As Meta has already filed the redacted versions in the public record, no further action need be taken as to those items. However, Meta has not requested that Exhibits 1, 4, 5 and 7 be sealed at all. Accordingly, the Court **ORDERS** Plaintiffs to file Exhibits 1, 4, 5 and 7 in the public record no sooner than five days and no later than ten days from the date of this order.

This order terminates ECF Nos. 179 and 184.

**IT IS SO ORDERED.**

Dated: May 8, 2025

THOMAS S. HIXSON
United States Magistrate Judge