UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-02485-AMO (TSH)<br><br>**DISCOVERY ORDER (PUBLIC VERSION OF ECF NO. 187)**<br><br>Re: Dkt. No. 180 |

Plaintiff has moved to compel a further response to a portion of her interrogatory 4. Specifically, she seeks a further response as to subparts (b) and (c): "Identify and describe the repeat infringers You identified on Facebook during the relevant time period, including . . . [(b)] whether, after identifying each of the repeat infringers, the repeat infringers subsequently placed additional advertisements on Facebook; and [(c)] any revenues You collected, directly or indirectly, from the repeat infringers after You identified and classified them as 'repeat infringers.'" Meta has made a persuasive showing, however, that the burden of obtaining that information is enormous and is not proportional to the needs of the case. Plaintiff does not provide any factual information to undercut Meta's showing of burden. Accordingly, Plaintiff's motion to compel is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 8, 2025

THOMAS S. HIXSON
United States Magistrate Judge