UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-02485-AMO   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 195 |

Meta requests a protective order blocking Plaintiff from deposing its Chief Marketing Officer and Vice President of Analytics, Alex Schultz. The Court is unsure whether Schultz is an apex witness. Nonetheless, Meta has made a persuasive showing that Schultz likely does not have any unique knowledge concerning factual issues related to this case, and that he is a high-level executive for whom this deposition would be a burden. Plaintiff's response is not persuasive and relies on describing the issues in this case in a very abstract way (e.g., "Meta's growth and advertising strategies," "Meta's cost-benefit analysis related to certain policy decisions and the basis for certain policies," "Business growth (e.g., revenue) and moderation") that does not suggest any particular connection between Schultz and the facts of this case. Accordingly, the Court finds that this deposition is an undue burden for Schultz and is not proportional to the needs of the case. The deposition is therefore **QUASHED**.

**IT IS SO ORDERED.**

Dated: July 10, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge