UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER L. COOK,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No.  22-cv-02485-AMO   (TSH)

**ORDER RE MOTIONS TO SEAL**

Re: Dkt. Nos. 198, 201, 206

Plaintiff filed a motion to seal at ECF No. 198, seeking to seal Exhibits D, E, F and G. Those exhibits are text messages.  The motion to seal those exhibits in their entirety is overbroad. Instead, Plaintiff may redact contact information, such as email addresses and telephone numbers. (The Court assumes the ten digit numbers are telephone numbers.)  But the names of the people are the content of the messages do not satisfy the standards for sealing.  Accordingly, the Court **DENIES** Plaintiff's motion to seal and **ORDERS** Plaintiff to file these exhibits in the public record with contact information redacted within five days.

In ECF No. 201, Plaintiff filed a motion to consider whether another party's material should be sealed.  The motion addresses a joint discovery letter brief and Exhibits 1, 2 and 3 that Meta designated confidential.  Meta responded in ECF No. 206, arguing that the joint discovery letter brief and Exhibit 3 should be partially redacted.  Meta's proposed redactions are acceptable. As Meta has already filed the redacted versions of the joint discovery letter brief and Exhibit 3 in the public record, no further action is required as to those items.  As Meta does not request sealing of Exhibits 1 or 2, the Court **ORDERS** Plaintiff to file those exhibits in the public record within five days.

United States District Court
Northern District of California

1    This order terminates ECF Nos. 198, 201 and 206.

2    **IT IS SO ORDERED.**

3

4    Dated: August 6, 2025

5

6    THOMAS S. HIXSON
     United States Magistrate Judge