UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br><br>            Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>            Defendant. | Case No. 22-cv-02485-AMO (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 218 |

In ECF No. 218, Plaintiff filed a motion to consider whether another party's material should be sealed. The motion concerned information that Meta has designated confidential and related to the joint discovery letter brief and Exhibits A-F. In ECF No. 224, Meta requests sealing of portions of the joint discovery letter brief and portions of Exhibit D, but does not request sealing of Exhibits A, B, C, E or F. Meta's proposed redactions to the joint discovery letter brief and to Exhibit D are satisfactory. As the redacted versions of those items have been filed in the public record, no further action is required as to them. The Court **ORDERS** Plaintiff to file Exhibits A, B, C, E and F in the public record no sooner than five days and no later than 10 days from the date of this order.

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge