UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br><br>        Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-02485-AMO   (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 221 |

In ECF No. 221 Meta filed a motion to consider whether another party's material should be sealed. The motion concerned material designated by Plaintiff and non-parties Qti and William Boychuck, specifically the joint discovery letter brief and Exhibits C and D. Meta filed a certificate of service at ECF No. 223. Pursuant to Civil Local Rule 79-5(f)(3), Plaintiff and the non-parties had seven days to file a statement or declaration showing why these items should be filed under seal. They did not do so. Accordingly, Meta's motion is **DENIED**, and the Court **ORDERS** Meta to file the joint discovery letter brief and Exhibits C and D in the public record no sooner than five days and no later than ten days after the date of this order.

**IT IS SO ORDERED.**

Dated: September 18, 2025

THOMAS S. HIXSON
United States Magistrate Judge