CALEB MARKER (SBN 269721)
caleb.marker@zimmreed.com
CHARLES R. TOOMAJIAN (SBN 302153)
charles.toomajian@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, California 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781

BRIAN C. GUDMUNDSON (*pro hac vice*)
brian.gudmundson@zimmreed.com
JUNE P. HOIDAL (*pro hac vice*)
june.hoidal@zimmreed.com
MICHAEL J. LAIRD (*pro hac vice*)
michael.laird@zimmreed.com
RACHEL K. TACK (*pro hac vice*)
rachel.tack@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0400

*Attorneys for Plaintiff and Putative Class*
(additional attorneys listed on signature page)

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK, d/b/a JL Cook, JL Cook Sculptor, and SNAKEARTS.COM, | Case No. 3:22-cv-02485-AMO |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** |
| v. | |
| META PLATFORMS, INC., F/K/A FACEBOOK, INC. | Hearing Date: March 5, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10 – 19th Floor<br>Judge: Honorable Araceli Martínez-Olguín |
| Defendant. | |
| | **ORAL ARGUMENT REQUESTED** |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 5, 2026, or as soon thereafter as the matter may be heard by the Honorable Araceli Martínez-Olguín in Courtroom 10 – 19th Floor, of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Jennifer Cook d/b/a JL Cook, JL Cook Sculptor, and Snakearts.com ("Plaintiff") will hereby move, pursuant to Federal Rule of Civil Procedure 23, for an order certifying this action as a class action.

Plaintiff moves to certify a Nationwide Class and Florida Subclass defined as follows:

**Nationwide Class.** All individuals and entities in the United States who submitted or had submitted on their behalf a DMCA takedown notice to Meta that reported one or more ads on Facebook infringing on their registered copyright and that received no counter-notice.

**Florida Subclass.** All individuals and entities in Florida who submitted or had submitted on their behalf a DMCA takedown notice to Meta that reported one or more ads on Facebook infringing on their registered copyright and that received no counter-notice.

As to the Nationwide Class, Plaintiff moves to certify under Rule 23(b)(2) for injunctive relief and under Rule 23(b)(3) for damages due to Meta's vicarious copyright infringement and Lanham Act violations. As an alternative to Rule 23(b)(3), Plaintiff moves to certify, under Rule 23(c)(4), three issue classes that address common issues, the resolution of which will advance the claims of the Nationwide Class as a whole.

As to the Florida Subclass, Plaintiff moves to certify under Rule 23(b)(3) for damages due to Meta's violation of Florida's Unfair Deceptive Trade Practice Act.

Additionally, Plaintiff moves the Court to appoint them as Class Representative and appoint Zimmerman Reed LLP and Rozier Hardt McDonough PLLC as Class Counsel.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Law, the Declaration of Brian C. Gudmundson in Support of Plaintiff's Motion for Class Certification and exhibits thereto, the pleadings and records on file herein, and such other evidence and arguments as may be presented to the Court prior to or at the hearing of this Motion.

Respectfully submitted,

Dated: September 18, 2025

*/s/ Brian C. Gudmundson*
BRIAN C. GUDMUNDSON (*pro hac vice*)
brian.gudmundson@zimmreed.com
JUNE P. HOIDAL (*pro hac vice*)
june.hoidal@zimmreed.com
MICHAEL J. LAIRD (*pro hac vice*)
michael.laird@zimmreed.com
RACHEL K. TACK (*pro hac vice*)
rachel.tack@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0400

CALEB MARKER (SBN 269721)
caleb.marker@zimmreed.com
CHARLES R. TOOMAJIAN (SBN 302153)
charles.toomajian@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, California 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781

Jonathan L. Hardt (*pro hac vice*)
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
hardt@rhmtrial.com

James F. McDonough, III (*pro hac vice*)
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300
Atlanta, GA  30339
Telephone: (470) 480-9505
jim@rhmtrial.com

Attorneys for Plaintiff,
*Jennifer L. Cook*