United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. COOK,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 22-cv-02485-AMO<br>**ORDER RE OMNIBUS SEALING MOTION**<br>Re: Dkt. No. 282 |

Now pending before the Court is the parties' Joint Omnibus Sealing Motion regarding certain documents submitted in connection with Plaintiff's Motion for Class Certification, Dkt. No. 236, and Meta's Motion to Exclude the Opinions and Testimony of Richard Eichmann and Dr. Jonathan Hochman, Dkt. Nos. 255-56.

Having considered the parties' submissions, and given the compelling reasons set forth therein, the Court rules as follows:

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| Plaintiff's Memorandum of Law in Support of Motion for Class Certification | 236-1 | 235-1 | 282-1 | Meta | Partial<br><br>8:20-24;<br>9:2-9;<br>9:11-14;<br>12:17-25;<br>13:5-21;<br>14:4-16;<br>14:20-21;<br>14:23-28;<br>15:1-14;<br>15:17-23;<br>15:25-28; | GRANTED IN PART and DENIED IN PART.<br><br>ECF pg. 8, DENIED.<br><br>ECF pg. 9:2-6, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 12, GRANTED. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | 16:1-10;<br>16:16-21;<br>16:24-28<br>17:1-11;<br>17:15-21;<br>17:26-28;<br>19:3-6;<br>21:5-7<br>25:26-28<br>26:1-5;<br>26:14-25;<br>29:17-18;<br>32:11-17<br>33:6-12;<br>33:14-17 | ECF pg. 13,parentheticals following citation to Exhibits 5 and 29 at lines 6-10, 15-17, GRANTED. Proposed redactions at 18-21, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 14:12-13, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 15, parentheticals following citations to Exhibits 15, 16, and 20, GRANTED. The proposed redactions of dollar amounts at lines 20, 21, and 23, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 16:3-4, 8-10, 16-18, GRANTED. Proposed citations at line 19 and first three words of line 20, GRANTED. Proposed redactions at lines 24-25, and the parenthetical following the citation to Exhibit 30, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 17:10, the word in quotation marks, GRANTED. Proposed redaction of dollar amount at line 17, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 19, DENIED.<br><br>ECF pg. 21, DENIED.<br><br>ECF pg. 25:26-27, GRANTED. Otherwise, DENIED. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | | ECF pg. 26:2-5, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 29, DENIED.<br><br>ECF pg. 32, DENIED.<br><br>ECF pg. 33, DENIED. |
| Ex. 5: Excerpts from 30(b)(6) Deposition of George Kamps (Aug. 27, 2025) | 236-7 | 235-2 | 282-1 | Meta | Partial<br><br>53:1; 53:5-25; 54:6-13; 55:2-55:9; 55:14-56:3; 56:6-25; 57:3-4; 59:24-60:4; 60:14-19; 60:23-61:2; 61:16-23; 62:1-11; 62:15-63:1; 63:4-63:23; 64:2-9; 64:13-23; 65:1-13; 65:16-66:15; 66:19-67:10; 67:14-67:23; 68:1-68:12; 68:16-22; 68:25 | DENIED without prejudice to resubmission. Should Meta choose to resubmit, it shall file a version of the deposition transcript with highlighted proposed redactions. |
| Ex. 6: Exhibit 10 to Deposition of Jeffrey Allen (Feb. 4, 2025), document bearing Bates META_JLC_000046786 | 236-8 | 235-3 | 282-1 | Meta | Full | GRANTED. |
| Ex. 9: Excerpts from Deposition of Tom Palesky (July 9, 2025) | 236-11 | 235-4 | 282-1 | Meta | Partial<br><br>4:11-23; 49:1-16; 49:18-23; 49:25-50:6; 50:8-16; 50:18-51:1; | DENIED without prejudice to resubmission. Should Meta choose to resubmit, it shall file a version of the deposition transcript with highlighted |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | 51:3-51:9; 51:14-51:24; 52:1-24; 53:1-24; 54:1-2; 54:6-8; 54:10-16; 54:18-55:4; 55:6-19; 55:21-56:21; 56:23-24 | proposed redactions |
| Ex. 10: Timeline of Meta's Repeat Infringer Policy, as prepared by Plaintiff | 236-12 | 235-5 | 282-1 | Meta | Full | DENIED. |
| Ex. 10-A: Exhibit 3 to 30(b)(6) Deposition Transcript of Tom Palesky (Aug. 15, 2025), document bearing Bates META_JLC_000059819 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 10-B: document bearing Bates META_JLC_000026033 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 10-C: Exhibit 11 to Deposition of Travis Golden (July 11, 2025), document bearing Bates META_JLC_000014341 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 10-D: document bearing Bates META_JLC_000172341 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 10-E: Exhibit 12 to Deposition of Glynis Braxton (June 18, 2025), document | 236-12 | 235-5 | 282-1 | Meta | Full | DENIED without prejudice to resubmission. Should Meta choose to resubmit, it shall propose partial redactions and identify |

United States District Court
Northern District of California

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| bearing Bates META_JLC_000082488 | | | | | | the basis for sealing. |
| Ex. 10-F: document bearing Bates META_JLC_000022151 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 10-G: Exhibit 4 to 30(b)(6) Deposition Transcript of Tom Palesky (Aug. 15, 2025), document bearing Bates META_JLC_000014841 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 10-H: Exhibit 3 to Deposition of Chase Oxner (Feb. 21, 2025), document bearing Bates META_JLC_000014368 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 10-I: Exhibit 2 to Deposition of Chase Oxner (Feb. 21, 2025), document bearing Bates META_JLC_000014350 | 236-12 | 235-5 | 282-1 | Meta | Full | DENIED without prejudice to resubmission. Should Meta choose to resubmit, it shall propose partial redactions and identify the basis for sealing. |
| Ex. 10-J: Exhibit 7 to 30(b)(6) Deposition Transcript of Tom Palesky (Aug. 15, 2025), document bearing Bates META_JLC_000015531 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 10-K: Exhibit 8 to Deposition of Travis Golden (July 11, 2025), document | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |

United States District Court
Northern District of California

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| bearing Bates META_JLC_000 020298 | | | | | | |
| Ex. 10-L: Exhibit 17 to Deposition of Laura Lozano (July 17, 2025), document bearing Bates META_JLC_000 020894 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 10-M: Exhibit 12 to Deposition of Elizabeth Castilla Miranda (June 12, 2025), document bearing Bates META_JLC_000 055057 | 236-12 | 235-5 | 282-1 | Meta | Full | GRANTED. |
| Ex. 13: Excerpts from Deposition Transcript of Jeffrey Allen (Feb. 4, 2025) | 236-15 | 235-6 | 282-1 | Meta | Partial<br><br>4:23-25; 53:2-4; 53:6-12; 53:14-54:5; 54:7-13; 54:15-23; 54:25-55:2; 55:4-6; 55:22-25; 57:11-19; 57:24-59:6; 59:13-60:21 | DENIED without prejudice to resubmission. Should Meta choose to resubmit, it shall file a version of the deposition transcript with highlighted proposed redactions |
| Ex. 14: Exhibit 2 to Deposition of Michelle Moon (June 24, 2025), document bearing Bates META_JLC_000 156989 | 236-16 | 235-7 | 282-1 | Meta | Full | GRANTED. |
| Ex. 15: Exhibit 6 to 30(b)(6) Deposition Transcript of Tom Palesky (Aug. 15, 2025), document bearing Bates META_JLC_000 | 236-17 | 235-8 | 282-1 | Meta | Full | GRANTED. |



United States District Court
Northern District of California

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| 145807 | | | | | | |
| Ex. 16: document bearing Bates META_JLC_000 032071 | 236-18 | 235-9 | 282-1 | Meta | Full | DENIED. |
| Ex. 17: document bearing Bates META_JLC_000 031207 | 236-19 | 235-10 | 282-1 | Meta | Full | DENIED without prejudice to resubmission. Should Meta choose to resubmit, it shall propose partial redactions and identify the basis for sealing. |
| Ex. 18: Exhibit 1 to Deposition of Glynis Braxton (June 18, 2025), document bearing Bates META_JLC_000 090156 | 236-20 | 235-11 | 282-1 | Meta | Full | GRANTED. |
| Ex. 19: Exhibit 15 to Deposition Transcript of Tom Palesky (July 9, 2025), document bearing Bates META_JLC_000 113354 | 236-21 | 235-12 | 282-1 | Meta | Full | DENIED without prejudice to resubmission. Should Meta choose to resubmit, it shall propose partial redactions and identify the basis for sealing. |
| Ex. 20: Exhibit 4 to Deposition of Travis Golden (July 11, 2025), document bearing Bates META_JLC_000 069114 | 236-22 | 235-13 | 282-1 | Meta | Full | GRANTED. |
| Ex. 21: Exhibit 22 to Deposition of Laura Lozano (July 17, 2025), document bearing Bates META_JLC_000 037278 | 236-23 | 235-14 | 282-1 | Meta | Full | GRANTED. |
| Ex. 22: document bearing Bates META_JLC_000 020072 | 236-24 | 235-15 | 282-1 | Meta | Full | GRANTED. |



United States District Court
Northern District of California

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| Ex. 23: document bearing Bates META_JLC_000 011524 | 236-25 | 235-16 | 282-1 | Meta | Full | GRANTED. |
| Ex. 24: Exhibit 5 to Deposition of Elizabeth Castilla Miranda (June 12, 2025), document bearing Bates META_JLC_000 083425 | 236-26 | 235-17 | 282-1 | Meta | Full | GRANTED. |
| Ex. 25: Exhibit 6 to Deposition of Elizabeth Castilla Miranda (June 12, 2025), document bearing Bates META_JLC_000 083377 | 236-27 | 235-18 | 282-1 | Meta | Full | GRANTED. |
| Ex. 29: Expert Report of Jonathan Hochman, Ph.D. (September 18, 2025) | 236-31 | 235-19 | 282-1 | Meta | Partial<br><br>Highlighted portions of the following pages in ECF No. 238-11:<br><br>9-29<br>37<br>39-42<br>44-52 | GRANTED IN PART and DENIED IN PART.<br><br>ECF pg. 9, DENIED.<br><br>ECF pg. 10, DENIED.<br><br>ECF pg. 11, subheading “A.” and the content in paragraphs 33 and 34, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 12, GRANTED.<br><br>ECF pg. 13, paragraph 37, the sentence beginning “That image” to the end of the paragraph, GRANTED. Paragraph 38, GRANTED. Paragraph 39, the sentence beginning “Mr. Kamps testified,” GRANTED. Footnote 15, GRANTED. Otherwise, DENIED. |

United States District Court
Northern District of California

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | | ECF pg. 14, GRANTED.<br><br>ECF pg. 15, first two lines at top of the page, GRANTED. Paragraph 43, line 3, sentence beginning with "Ad targeting" to end of page, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 16, GRANTED.<br><br>ECF pg. 17, paragraphs 49-53, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 18, GRANTED.<br><br>ECF pg. 19, GRANTED.<br><br>ECF pg. 20, GRANTED.<br><br>ECF pg. 21, bullet points 3., 4., 5. at the top of the page, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 22, DENIED.<br><br>ECF pg. 23, the listed file names, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 24, paragraph 70, the sentence beginning "For example" to the end of the paragraph, GRANTED. Paragraphs 72-73, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 25, from the top of the page down to paragraph 75, line 3, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 26, DENIED. |

United States District Court
Northern District of California

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | | ECF pg. 27, paragraph 82, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 28, DENIED.<br><br>ECF pg. 29, paragraph 87, the last sentence beginning with "Mr. Kamps also," GRANTED. Otherwise, DENIED.<br><br>Remaining redactions from pgs. 30-55, GRANTED. |
| Ex. 30: Expert Report of Richard J. Eichmann, MAFF, CVA (September 18, 2025) | 236-32 | 235-20 | 282-1 | Meta | Partial<br><br>Highlighted portions of the following pages in ECF No. 238-13:<br><br>6-36<br>39-40 | GRANTED IN PART and DENIED IN PART.<br><br>ECF pg. 6, information regarding the years of data produced, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 7, as to file names, GRANTED. Information regarding the years of the takedown reports, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 8, DENIED.<br><br>ECF pg. 9, DENIED.<br><br>ECF pg. 10, footnote 15, GRANTED. Information regarding the year of the Reporting Data, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 11, DENIED.<br><br>ECF pg. 12, information regarding the years of the data reported, GRANTED. Otherwise, DENIED. |

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | | ECF pg. 13, lines 1-3, GRANTED. Information regarding the year of the dataset, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 14, DENIED.<br><br>ECF pg. 15, information regarding the year of the dataset and year of reporting, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 16, DENIED.<br><br>ECF pg. 17, information regarding the year of the dataset, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 18, DENIED.<br><br>ECF pg. 19, DENIED.<br><br>ECF pg. 20, DENIED.<br><br>ECF pg. 21, paragraph 36, parenthetical information, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 22, DENIED.<br><br>ECF pg. 23, as to the proposed redactions in paragraph 39, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 24, as to the years of the reporting data, GRANTED. As to paragraph 44, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 25, GRANTED.<br><br>ECF pg. 26, as to |

United States District Court
Northern District of California

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | | paragraph 46, GRANTED. As to the years of the data reports, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 27, DENIED.<br><br>ECF pg. 28, as to paragraph 52, line 4 to the end of the paragraph, GRANTED. As to subheading 1., and paragraphs 53-54, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 29, GRANTED.<br><br>ECF pg. 30, as to paragraphs 55-56, GRANTED. As to footnote 78, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 31, DENIED.<br><br>ECF pg. 32, as to paragraph 60, lines 1-7, GRANTED. As to footnote 85, GRANTED. Otherwise, DENIED.<br><br>ECF pg. 33, as to the redaction of the term "Business ID," and footnote 90, DENIED. Otherwise, GRANTED.<br><br>ECF pg. 34, DENIED.<br><br>ECF pg. 35, DENIED.<br><br>ECF pg. 36, as to the dollar amount of revenue earned at line 3, GRANTED. Similarly, for the revenue figures listed in footnote 97, GRANTED. Otherwise, DENIED. |

United States District Court
Northern District of California

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Granted/ Denied |
|---|---|---|---|---|---|---|
| | | | | | | ECF pg. 39, as to the revenue amount in Opinion 3, GRANTED. Otherwise, DENIED. |

Regarding Plaintiff's motion to seal, the Court rules as follows:

- Dkt. No. 242-1: As to the last names of deponents at ECF pgs. 31-32, DENIED. As to the settlement amount, GRANTED. As to the name of the entity Cook hired at ECF pg. 36, line 6, GRANTED. Otherwise, DENIED.
- Dkt. No. 242-2: GRANTED.
- Dkt. No. 242-3: GRANTED.
- Dkt. No. 242-4: GRANTED.
- Dkt. No. 242-6: DENIED, without prejudice to resubmission with partial redactions. Plaintiff has not shown how third-party deponents would be injured by allowing the fact of their deposition to remain public.
- Dkt. No. 242-7: DENIED, without prejudice to resubmission with partial redactions. Plaintiff has not shown how third-party deponents would be injured by allowing the fact of their deposition to remain public.
- Dkt. No. 242-8: DENIED, without prejudice to resubmission with partial redactions. Plaintiff has not shown how third-party deponents would be injured by allowing the fact of their deposition to remain public.

As to those filings for which the motion to seal was denied without prejudice to resubmission, the party must resubmit by September 25,2026, should they choose to renew their motion. Otherwise, the parties must file updated redacted versions of these filings, in accordance with the Court's rulings, by September 25, 2026.

//

//



United States District Court
Northern District of California

The Court cautions that if a party chooses to resubmit their motions to seal and again does not narrowly tailor their request, or fails to provide a basis for sealing the material, the Court is likely to order the party to show cause why personal sanctions should not follow.

**IT IS SO ORDERED.**

Dated: September 17, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**